**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 102 EAL 2015
:
          Respondent :
                                      : Petition for Allowance of Appeal from the
                                      : Order of the Superior Court
         v. :
:
:
:
SHARIEF SALEEM, :
:
          Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.